# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

April 19, 2021

Honorable J.P. Stadtmueller
U.S. District Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:   *United States v. Harvey Powers*
      Case No. 97-cr-98

Dear Judge Stadtmueller:

I write to ask the Court for a two-week extension to comply with the Court's order, *See* R. 2244, that our office inform the Court whether we intend to file anything on Mr. Powers' behalf. While Mr. Powers has drafted an extensive and compelling motion, he did not indicate whether he seeks appointed counsel to supplement his effort. Thus, we are now attempting to schedule a conference call with Mr. Powers to discuss that issue, which forms the basis of our request.

I thank the Court for its attention to these matters.

Sincerely,

*s/ John W. Campion*
John W. Campion

JWC/jmb