# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Anderson M. Gansner
Gabriela A. Leija
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

April 29, 2021

Honorable J.P. Stadtmueller
U.S. District Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re: *United States v. Harvey Powers*
Case No. 97-cr-98

Dear Judge Stadtmueller:

I write to thank the Court for allowing our office additional time to review Mr. Powers' motion for compassionate release, R. 2241. Mr. Powers filed a lengthy and thorough motion that raises multiple grounds for relief, details his significant rehabilitation efforts, addresses the § 3553 factors and safety issues, and the motion details his release plan. He documented his motion with over 20 exhibits that contain multiple references, letters from numerous supporters, and corroboration of his extraordinary record in the Bureau of Prisons' custody. I spoke with Mr. Powers last week to discuss the motion, his history within the BOP, and his family among other matters. In light of his unusually comprehensive and well-crafted pro se motion, we also talked about whether he sought any assistance from our office.

After discussing it with other attorneys in the office including Federal Defender Craig Albee, our office will file my appearance in this case. We also believe that Mr. Powers' motion is ready for both the Court's review and any response from the government. Accordingly, we suggest that the Court craft a scheduling order calling for any response from the government and then a reply from Mr. Powers within the Court's scheduled dates. Should the government chose to object to Mr. Powers' motion, we would work

with Mr. Powers on his reply and would plan to draft a submission for the Court's review. Mr. Powers agrees with this approach.

I thank the Court for its attention to Mr. Powers' case.

Sincerely,


*s/ John W. Campion*
John W. Campion

JWC/jmb

c:	Harvey Powers