# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>HARVEY E. POWERS,<br><br>　　　　　　　　Defendant. | Case No. 97-CR-98-14-JPS<br><br>**ORDER** |

On March 30, 2021, Defendant filed a pro se motion for compassionate release, along with a plethora of exhibits. (Docket #2241, #2242). Shortly thereafter, the Court referred this matter to Federal Defender Services ("FDS"). (Docket #2244). On April 21, 2021, the Court granted FDS's request for additional time to review Defendant's submissions. (Docket #2245, #2246).

Now before the Court is a letter from FDS, indicating that it believes that Defendant's March 30, 2021 motion is ready for a response from the Government. (Docket #2248 at 1). According to FDS, if the Government objects to Defendant's motion, FDS will work with Defendant on any reply brief to such objection. (*Id.* at 1–2). In light of the foregoing, further briefing will proceed as follows:

1. The Government shall have fourteen (14) days in which to respond to Defendant's motion.

2. FDS may submit a reply brief, if any, within fourteen (14) days of the Government's response.

Accordingly,

**IT IS ORDERED** that the Government shall submit a response within **fourteen (14) days**; and FDS may submit a reply, if any, within **fourteen (14) days** of the Government's response.

Dated at Milwaukee, Wisconsin, this 30th day of April, 2021.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge